NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NISSIM CORP.,**
*Appellant,*

v.

**Teresa Stanek Rea, ACTING DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**TIME WARNER, INC., WARNER BROS. ENTERTAINMENT, INC., WARNER HOME VIDEO,** AND **NEW LINE HOME ENTERTAINMENT,**
*Appellees.*

---

2012-1409

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Reexamination No. 95/000,312.

---

**ON MOTION**

---

Before RADER, *Chief Judge* BRYSON, and WALLACH, *Circuit Judges*.

BRYSON, *Circuit Judge*.

# O R D E R

The parties jointly move to remand this appeal to the Board of Patent Appeals and Interferences ("Board") due to settlement.

The parties state that they have settled the case and move to remand so that the Board can consider a petition to terminate the underlying reexamination. We grant the motion. In doing so, however, we take no position as to whether the Board should grant the petition.

Upon consideration thereof,

It is ordered that:

The motion to remand is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

ISSUED AS A MANDATE: August 2, 2013

s25